**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| **v.** | * | **Case No.: SAG-20-0367** |
| **WILLIE TRIMBLE** | * | |

**REQUEST FOR DETENTION HEARING**

Willie Trimble, by counsel, hereby requests that a detention hearing be held as soon as practicable for the Court and the Government and further states:

1. On April 14, 2021, Mr. Trimble appeared for his initial appearance in the above matter in which he is charged with multiple counts of Bank and Mail Fraud pursuant to 18 U.S.C. Section 1341, 1344 and Conspiracy to Commit those offenses pursuant to 18 U.S.C. Section 1349.

2. At the initial appearance, the Government stated they while they were not seeking detention for Mr. Trimble in this matter, he had an outstanding warrant from a matter in the District Court for St. Mary's County, MD. (State v. Willie Trimble #4Q00063557). The Government stated that if the open warrant in the State case was taken care of, they would consent to Mr. Trimble's release from detention and agree to his supervision by Pretrial Services under a myriad of conditions. As such, Mr. Trimble consented to detention.

3. That shortly after the initial appearance in this matter, undersigned counsel reached out to the District Public Defender for St. Mary's County, Michael Beech, Esquire,

4. A Motion for Appropriate Relief was filed by the St. Mary's County Office of the Public Defender to address the open warrant in the pending case.

5. Undersigned counsel has received an email from Michael Beech, Esquire, that the St. Mary's County State's Attorney's Office has dismissed the case of <u>State of Maryland v. Willie Trimble #4Q00063557.</u>

6. As a result of this dismissal of the State case, Mr. Trimble requests that he be released from the detention to be supervised by Pretrial Services.

7. Please set in a hearing at the earliest opportunity convenient to the Court and Government counsel. Respectfully,

_____/s/_____
Thomas W. Rafter
Bar Roll Number 19530
Law Offices of Thomas W. Rafter, LLC
8 E. Mulberry Street
Baltimore, Maryland 21202
Tel:     (410) 299-8224
Fax:     (410) 244-0030
tom@tomrafterlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of June, 2021, a copy of the foregoing Request was served electronically by email and ECF to: Office of the United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, MD 21201, and all defense counsel.

_____/s/_____
Thomas W. Rafter